UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-2
JUNE 27, 2017 SESSION



FILED
JUN 28 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.     CRIMINAL NO. 2:17-00116
       21 U.S.C. § 841(a)(1)
       18 U.S.C. § 924(c)(1)(A)(i)
       18 U.S.C. § 922(g)(1)
       18 U.S.C. § 924(a)(2)

**TIMOTHY WALDRON**

## I N D I C T M E N T

The Grand Jury Charges:

On or about November 10, 2016, at or near Mineral Wells, Wood County, West Virginia, and within the Southern District of West Virginia, defendant TIMOTHY WALDRON knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

On or about November 10, 2016, at or near Mineral Wells, Wood County, West Virginia, and within the Southern District of West Virginia, defendant TIMOTHY WALDRON did knowingly possess a Surplus Ammo & Arms AR-15 rifle and a DPMS Panther LR-308 rifle in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT THREE**

1. On or about November 10, 2016, at or near Mineral Wells, Wood County, West Virginia, and within the Southern District of West Virginia, defendant TIMOTHY WALDRON did knowingly possess two firearms, that is, a Surplus Ammo & Arms AR-15 rifle and a DPMS Panther LR-308 rifle, in and affecting interstate commerce.

2. At the time defendant TIMOTHY WALDRON possessed the aforesaid firearm, he had been convicted of a crime punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about August 9, 2010, in the Circuit Court of Wood County of delivery of a controlled substance, in violation of W. Va. Code § 60A-4-401(a)(ii).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                    CAROL A. CASTO
                                    United States Attorney

By: _____
     JOHN J. FRAIL
     Assistant United States Attorney